ILND 450 (Rev01/2015) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Formella,

Plaintiff(s),

v.

Donahoe,

Defendant(s).

Case No. 13 c 3032

Judge

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Donahoe
and against plaintiff(s) Formella

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Enter MEMORANDUM, OPINION AND ORDER: For the foregoing reasons, the court grants USPS's motion for summary judgment [32]. Summary judgment is entered in favor of the defendant and against the plaintiff. This case is hereby terminated.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Virginia M. Kendall on a motion

Date: 1/29/2015                    Thomas G. Bruton, Clerk of Court

                                   Tresa S. Abraham, Deputy Clerk